UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTON MCCULLOUGH, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:21-0278 |
| v. | : | (JUDGE MANNION) |
| SCOTT A. WOOLF, | : | |
| Defendants | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Petitioner's motion for reconsideration (Doc. 15) is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: January 31, 2022**
21-0278-02-ORDER